**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02240-REB-KMT

MANUEL LABBE JR.,

        Plaintiff,

v.

DILLON COMPANIES, INC. d/b/a King Soopers,

        Defendant.

---

## DEFENDANT'S NON-STIPULATED JURY INSTRUCTIONS

---

Defendant Dillon Companies, Inc. d/b/a King Soopers, submits the following Non-Stipulated Jury Instructions:

**NonStip-D-01**

**INSTRUCTION NO. \_\_\_\_\_**

**FILING OF LAWSUIT**

The fact that Mr. Labbe filed this lawsuit is not evidence that King Soopers did anything wrong.  The fact that Mr. Labbe complains that he has been damaged is not evidence that he has been damaged or that King Soopers violated the law.  You cannot say, "Well, there must be something wrong here or the case would not be in court." This would be improper.

**Authority:**  Judge Kane Fall 2013 Sample Jury Instruction No. 1.6.

**NonStip-D-02**

**INSTRUCTION NO. _____**

**EQUALITY OF PARTIES**

You should consider and decide this case as a dispute between persons of equal standing in the community, of equal worth, and holding the same or similar stations in life.  A corporation is entitled to the same fair trial as a private individual.  All persons, including corporations and other organizations, stand equal before the law, and are to be treated as equals.

A corporation may act only through natural persons as its agents or employees. In general, any agents or employees of a corporation may bind the corporation by their acts and declarations made while acting within the scope of their authority delegated to them by the corporation or within the scope of their duties as employees of the corporation.

**Authority:**   Judge Kane Fall 2013 Sample Jury Instruction Nos. 1.15 and 1.16 (modified).

Dated this 26th day of October, 2018.

Respectfully submitted,

*s/ Heather Fox Vickles*

Heather Fox Vickles
Joseph H. Hunt
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO  80202
Telephone:  (303) 299-8194 (H.Vickles)
Telephone:  (303) 299-8302 (J.Hunt)
Facsimile: (303) 298-0940
hvickles@shermanhoward.com
jhunt@shermanhoward.com

Raymond M. Deeny
SHERMAN & HOWARD L.L.C.
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO  80903
Telephone: (719) 475-2440
Facsimile:  (719) 635-4576
rdeeny@shermanhoward.com

ATTORNEYS FOR DEFENDANT

49116800.1

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 26th day of October, 2018, I electronically filed the foregoing **DEFENDANT'S NON-STIPULATED JURY INSTRUCTIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Rachel E. Ellis
Kaitlin I. Spittell
John Michael Guevara
Livelihood Law, LLC
3401 Quebec Street, Suite 6009
Denver, CO 80207
ree@livelihoodlaw.com
kis@livelihoodlaw.com
jmg@livelihoodlaw.com

*s/ Lynn Zola Howell*

49116800.1