**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 17-cv-02240-REB-KMT

MANUEL LABBE JR.,

    Plaintiff,

v.

DILLON COMPANIES, INC., d/b/a King Soopers, a Colorado foreign corporation,

    Defendant.

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

**Blackburn, J.**

This matter is before me on the **Defendant's Motion for Summary Judgment** [#56][1] filed August 15, 2018.  The plaintiff filed a response [#68], and the defendant filed a reply [#77].

I have jurisdiction over this case under 28 U.S.C. § 1331 (federal question).  I have reviewed the motion for summary judgment, the response, the reply, and the apposite arguments, authorities, and evidence presented by the parties.  It is apparent that there exist genuine disputes as to material facts that are not appropriate for summary resolution.

**THEREFORE, IT IS ORDERED** that the **Defendant's Motion for Summary Judgment** [#56] is denied.

Dated March 20, 2019, at Denver, Colorado.

                                              **BY THE COURT:**

                                              */s/ Robert E. Blackburn*
                                              Robert E. Blackburn
                                              United States District Judge

---

[1] "[#56]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.